*Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney* and *Ellis N. Slack* for the United States.

No. 478. COFFMAN v. FEDERAL LABORATORIES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *John G. Buchanan, James D. Carpenter, Jr., John G. Buchanan, Jr.* and *Samuel M. Coombs, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for the United States; and *Thomas McNulty* for the Federal Laboratories, Inc., respondents.

No. 479. HOUVARDAS v. WIXON, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. C. A. 9th Cir. Certiorari denied. *Carlos R. Freitas* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Andrew F. Oehmann* for respondent.

No. 480. PANGBORN CORPORATION v. AMERICAN FOUNDRY EQUIPMENT Co. C. A. 3d Cir. Certiorari denied. *William F. Hall, E. Ennalls Berl* and *Charles M. Thomas* for petitioner. *Hugh M. Morris* and *Thomas Turner Cooke* for respondent.

No. 481. AMERICAN FOUNDRY EQUIPMENT Co. v. PANGBORN CORPORATION. C. A. 3d Cir. Certiorari denied. *Hugh M. Morris* and *Thomas Turner Cooke* for petitioner. *William F. Hall, E. Ennalls Berl* and *Charles M. Thomas* for respondent.

No. 485. BRUCE v. OHIO OIL Co. ET AL. C. A. 10th Cir. Certiorari denied. *John B. Dudley* for petitioner.